**1254 GOSS vs. COMMON COUNCIL** (Vermontville), 44 M., 319.

Where mandamus is sought to compel the approval of a liquor bond, the application should show the reason for the refusal if any was given, and the circumstances of such refusal, otherwise the reason must be presumed sufficient and the writ. will be denied.

October 5, 1880.

**1255 NEGLEY vs. COMMON COUNCIL** (Sturgis), 44 M., 1.

To compel the Village Council to act on and approve a liquor bond, where the ground on which the council refused is not set forth.

Order to show cause denied June 8, 1880.

**1256 PARKER vs. BOARD OF TRUSTEES** (Portland), 54 M., 308.

To compel a village board to approve a liquor dealer's bond, where there was nothing to show that the refusal to approve was capricious, or to rebut the presumption that the board had fairly passed upon all the questions which determined the sufficiency of the bond and the reliability of the sureties.

Denied January 6, 1885.

**1257 AMPERSE vs. COMMON COUNCIL** (Kalamazoo), 59 M., 78.

To compel council to act upon approval of a liquor bond.
Granted January 13, 1886.

The only grounds assigned for refusing to approve the bond were, that relator was a married woman, and that the council had a right to reject a liquor bond without assigning any reason therefor.